

# Fourth Court of Appeals
## San Antonio, Texas

November 8, 2023

No. 04-23-00673-CV

**IN THE INTEREST OF G.T.**, a Child

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2022-EM5-01625
Honorable Marisa Flores, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on November 8, 2023.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of November, 2023.

_Michael A. Cruz_
Michael A. Cruz, Clerk of Court